# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL GRIGG,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GRIFFITH COMPANY, a California corporation, THOMAS FOSS, an individual, and DOES 1-50, inclusive,**<br><br>**Defendants** | CASE NO. 1:13-CV-1379 AWI JLT<br><br>**ORDER VACATING OCTOBER 21, 2013 HEARING** |

Defendant Thomas Foss has noticed for hearing and decision a motion to dismiss. The matter was scheduled for a hearing to be held on October 21, 2013. Plaintiff failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). As such, Plaintiff is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The Court has reviewed Defendant's motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 21, 2013 is VACATED, and no party shall appear at that time. As of October 21, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: October 16, 2013

SENIOR DISTRICT JUDGE