UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL GRIGG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GRIFFITH COMPANY, a California corporation, THOMAS FOSS, an individual, and DOES 1-50, inclusive,<br><br>　　　　　Defendants | CASE NO. 1:13-CV-1379 AWI JLT<br><br>ORDER VACATING DECEMBER 16, 2013 HEARING |

Defendant Griffith Co. has noticed for hearing and decision a motion to dismiss. The matter was scheduled for a hearing to be held on December 16, 2013. The Court has reviewed the papers and has determined that, at this point, Griffith's motion is suitable for decision without oral argument. See Local Rule 230(g).

However, there is an issue that requires an additional response from Plaintiff. As part of its Reply, Griffith included a purported copy of the Management Bonus Plan ("MBP"), and also argued that the MBP is a "top hat" plan that is covered by ERISA. The Court will give Plaintiff an opportunity to confirm or deny whether the document submitted by Griffith is the MBP at issue, and will also give Plaintiff the opportunity to respond to the "top hat" argument. If, after receiving Plaintiff's response, the Court determines that oral argument will be helpful, the Court will issue a separate order that sets a new hearing date. Otherwise, the Court will decide Griffith's motion after Plaintiff submits his response.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 16, 2013, hearing date is VACATED;
2. Plaintiff shall file a response, as described above, no later than 4:00 p.m. on December 18, 2013; and
3. As of December 18, 2013, the Court will take Defendant's motion to dismiss under submission and will thereafter issue a ruling.

IT IS SO ORDERED.

Dated:   December 10, 2013

SENIOR DISTRICT JUDGE