## PROOF OF SERVICE

U.S DISTRICT COURT )
EASTERN DISTRICT OF CALIFORNIA )
CASE # 1:13-CV-01379 ) ss.

I am employed, and am a resident in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1315 "L" Street, Bakersfield, CA 91101.

On December 18, I served the foregoing documents, described as **REPLY TO COURT ORDER RE:ADDED BRIEFING ON ISSUE**

( ) **BY MAIL** as follows:
    ( ) **STATE** - I am readily familiar with the Wise Law Office practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California, in the ordinary course of business. I am aware that on motion of party service, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

    ( ) **FEDERAL** - I deposited such envelope in the U.S. Mail at Bakersfield, California with postage thereon fully prepaid.

( X ) **BY ELECTRONIC FILING,** I caused all of the pages of the above entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above entitled case. The Case Filing Receipt will be maintained with the original document(s) in our office.

Blake R. Jones
Brian S. Fong
Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

Attorney for Defendants,
Griffith Company, Thomas Foss
(T): (619) 696-6700
(F): (619) 696-7124
Email: rmansukhani@gordonrees.com


( ) **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) **FEDERAL** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2013, at Bakersfield, California.

JEFFREY WISE