Jeffrey L. Wise, Esq.: SBN 198725
**WISE LAW OFFICE**
WiseLaw2010@yahoo.com
1315 "L" Street
Bakersfield, California 93301
Telephone:  (661) 327-0622
Facsimile:   (661) 328-9977

Attorney for Plaintiff, Russell Grigg

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL GRIGG,<br><br>              Plaintiff,<br><br>       vs.<br><br>GRIFFITH COMPANY, INC., A California Corporation, THOMAS FOSS, An Individual, and DOES 1 through 15, inclusive,<br><br>              Defendants. | Case No.:  1:13-CV-01379-AWI-JLT<br><br>[Kern County Superior Court<br> Case #S-1500-CV-279813 DRL]<br><br>**STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Action Filed:  July 10, 2013<br>Removed on:  August 26, 2013<br>Trial Date:     Not Yet Assigned |

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by agreement and stipulation reached between Plaintiff, RUSSELL GRIGG, and Defendants GRIFFITH COMPANY and THOMAS FOSS, the parties hereby stipulate to Plaintiff's dismissal of his Complaint with Prejudice. The parties are to bear their own costs and fees.

**STIPULATION AND ORDER FOR DISMISSAL**

Dated: April 1, 2014                                WISE LAW OFFICE

                                                By:  /s/ Jeffrey Wise
                                                     JEFFREY L. WISE, Esq.
                                                     Attorney for Plaintiff, Russell Grigg

Dated: April 1, 2014                                GORDON & REES LLP

                                                By:  /s/ Blake R. Jones, Esq.
                                                    (as authorized on 4/1/2014)
                                                     BLAKE R. JONES, Esq.
                                                     Attorney for Defendants, Griffith
                                                     Company and Thomas Foss

### ORDER

PURSUANT TO Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and by agreement and stipulation reached between the Parties, the Court hereby **GRANTS the stipulated request for dismissal of this action with Prejudice**. The parties are to bear their own costs and fees.

IT IS SO ORDERED.

Dated:  April 4, 2014                    _____
                                             SENIOR DISTRICT JUDGE